UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 2 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| ANTWAIN D. SMITH, | ) 4:15cr00412JAR/JMB |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 26, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**ANTWAIN D. SMITH,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit:   (1) SWD Inc. make, M-11 model, nine millimeter caliber semi-automatic pistol bearing serial number 890039962; (2) SWD Inc. make, M-11 model, nine millimeter caliber semi-automatic pistol bearing serial number 890010300; and (3) Webley make, MK 1 model, .455 caliber Revolver bearing serial number 32059, all of which traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney